

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,358-01

### EX PARTE RICHARD LOUIS FLORES, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. 1555478-A IN THE 177TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to forty years' imprisonment. The First Court of Appeals dismissed his appeal. *Flores v. State*, No. 01-20-00244-CR (Tex. App.—Houston[1st] March 21, 2005) (not designated for publication). Applicant filed this application for writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On Dec. 13, 2022, this Court received Applicant's motion for an extension of time to review and respond to the trial court's findings and conclusions. We granted a 60-day extension. Around the same time, however, we inadvertently denied the pending application.

Therefore, this Court reconsiders on its own motion and withdraws the denial of this

application dated Jan. 1, 2023. Applicant's 60-day extension will begin on the date of this order.

Filed:          February 01, 2023
Do not publish